Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHARLES MARYATT and KATHLEEN MARYATT, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN CASUALTY COMPANY OF READING PA; FEDERAL INSURANCE COMPANY, a corporation; GRANITE STATE INSURANCE COMPANY, a corporation; PROTECTIVE NATIONAL INSURANCE COMPANY OF OMAHA, a corporation; WESTCHESTER FIRE INSURANCE COMPANY, a corporation; TRAVELERS INDEMNITY COMPANY, a corporation,<br><br>Defendants. | NO. C06-5011JKA<br><br>AGREED MOTION AND ORDER EXTENDING DUE DATE FOR ANSWER OR OTHER RESPONSES OF FEDERAL INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, PROTECTIVE NATIONAL INSURANCE COMPANY OF OMAHA (IN LIQUIDATION), WESTCHESTER FIRE INSURANCE COMPANY, AND TRAVELERS INDEMNITY COMPANY TO COMPLAINT OF CHARLES MARYATT AND KATHLEEN MARYATT<br><br>**NOTED ON CALENDAR:**<br>**JANUARY 13, 2006** |

AGREED MOTION AND ORDER
EXTENDING DUE DATE FOR
ANSWER OR OTHER RESPONSES TO
COMPLAINT OF MARYATT – 1

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06

## STIPULATION

COME NOW the plaintiffs and defendants Federal Insurance Company, Granite State Insurance Company, Protective National Insurance Company of Omaha (In Liquidation), Westchester Fire Insurance Company, and Travelers Indemnity Company and jointly move for an order extending the due date for the Answer or other responses of defendants Federal Insurance Company, Granite State Insurance Company, Protective National Insurance Company of Omaha (In Liquidation), Westchester Fire Insurance Company, and Travelers Indemnity Company to the Complaint of plaintiff to February 21, 2006.

The parties agree that this Agreed Motion shall not be construed as a waiver of any party's right to assert defenses and objections pursuant to FRCP 12 in the future, as appropriate.

DATED this ____ day of January, 2006.

| DAVIS ROBERTS & JOHNS, PLLC | CARNEY BADLEY SPELLMAN |
|---|---|
| _____via telephone authorization_____<br>Clark J. Davis, WSBA No. 11635<br>Attorneys for Plaintiffs Charles Maryatt and Kathleen Maryatt<br>7525 Pioneer Way, Suite 202<br>Gig Harbor, WA 98335<br>Phone:      (253) 858-8606<br>Facsimile:  (253) 858-8646<br>clark@drj-law.com | _____<br>Donald J. Verfurth, WSBA No. 15554<br>Attorneys for Protective National Insurance Company of Omaha (In Liquidation)<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone:      (206) 622-8020<br>Facsimile:  (206) 467-8215<br>verfurth@carneylaw.com |

AGREED MOTION AND ORDER EXTENDING DUE DATE FOR ANSWER OR OTHER RESPONSES TO COMPLAINT OF MARYATT – 2

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06

| | |
|---|---|
| GORDON & POLSCER, LLC | COZEN O'CONNOR |
| _____via telephone authorization_____ | _____via telephone authorization_____ |
| Lawrence Gottlieb, WSBA No. 20987 | Peter Mintzer, WSBA No. 19995 |
| Attorneys for Defendant American Casualty Company of Reading PA | Attorneys for Defendant Federal Insurance Company |
| 1000 Second Avenue, Suite 1500 | 1201 Third Avenue, Suite 5200 |
| Seattle, WA 98104 | Seattle, WA 98101 |
| Phone: (206) 223-4226 | Phone: (206) 340-1000 |
| Facsimile: (206) 223-5459 | Facsimile: (206) 621-8783 |
| lgottlieb@gordon-polscer.com | pmintzer@cozen.com |
| | |
| SOHA & LANG, PC | THE SUMMIT LAW GROUP |
| _____via e-mail authorization_____ | _____via e-mail authorization_____ |
| Pamela A. Lang, WSBA No. 8275 | Thomas S. James, WSBA No. 11078 |
| Attorneys for Defendant Westchester Fire Insurance Company | Attorneys for Defendant The Travelers Indemnity Company |
| 701 Fifth Avenue, Suite 2400 | 315 Fifth Avenue, Suite 1000 |
| Seattle, WA 98104 | Seattle, WA 98104-2682 |
| Phone: (206) 624-1800 | Phone: (206) 676-7110 |
| Facsimile: (206) 624-3585 | Facsimile: (206) 676-7111 |
| lang@sohalang.com | tomj@summitlaw.com |

AGREED MOTION AND ORDER EXTENDING DUE DATE FOR ANSWER OR OTHER RESPONSES TO COMPLAINT OF MARYATT – 3

**CARNEY**
**BADLEY**
**SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06

# ORDER

Based upon the above Agreed Motion,

IT IS HEREBY ORDERED that the due date for the Answer or other responses of defendants Federal Insurance Company, Granite State Insurance Company, Protective National Insurance Company of Omaha (In Liquidation), Westchester Fire Insurance Company, and Travelers Indemnity Company to the Complaint of Plaintiffs Charles Maryatt and Kathleen Maryatt is extended to February 21, 2006. This Agreed Motion shall not be a waiver of any party's right to assert defenses and objections pursuant to FRCP 12 in the future, as appropriate.

DATED this 20th day of January, 2006.

*/s/ J. Kelley Arnold*
Magistrate J. Kelley Arnold

Presented by:

CARNEY BADLEY SPELLMAN, P.S.

By:_____
    Donald J. Verfurth, WSBA No. 15554
Attorneys for Protective National Insurance Company of Omaha (In Liquidation)

AGREED MOTION AND ORDER EXTENDING DUE DATE FOR ANSWER OR OTHER RESPONSES TO COMPLAINT OF MARYATT – 4

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a copy of the foregoing via _____ on counsel listed below:

| **Counsel for Plaintiff**<br>Clark Davis<br>Davis Roberts & Johns, PLLC<br>7525 Pioneer Way, Suite 202<br>Gig Harbor, WA 98335-1166<br>Phone:    (253) 858-8606<br>Fax:         (253) 858-8646<br>Email:      clark@drj-law.com | **Counsel for American Casualty Company**<br>Lawrence Gottlieb, Esq.<br>Gordon & Polscer, LLP<br>1000 Second Avenue, Suite 1500<br>Seattle, WA  98104<br>Phone:    223-4226<br>Fax:         223-5459<br>Email:      lgottlieb@gordon-polscer.com |
|---|---|
| **Attorneys for Westchester Fire Insurance Co.**<br>Pamela A. Lang<br>Soha & Lang<br>701 Fifth Avenue, Suite 2400<br>Seattle, WA  98104<br>Phone:          (206) 624-1800<br>Facsimile:    (206) 624-3585<br>lang@sohalang.com | **Attorneys for Federal Insurance Company**<br>Peter Mintzer<br>Cozen O'Connor<br>1201 Third Avenue, Suite 5200<br>Seattle, WA  98101<br>Phone:          (206) 340-1000<br>Facsimile:    (206) 621-8783<br>pmintzer@cozen.com |
| **Attorneys for Travelers Indemnity Company**<br>Thomas S. James<br>The Summit Law Group<br>315 Fifth Avenue, Suite 1000<br>Seattle, WA  98104-2682<br>Phone:          (206) 676-7110<br>Facsimile:    (206) 676-7111<br>tomj@summitlaw.com | |

AGREED MOTION AND ORDER EXTENDING DUE DATE FOR ANSWER OR OTHER RESPONSES TO COMPLAINT OF MARYATT – 5

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06

1   DATED this _____ day of January, 2006.

2

3   _____

4   Christine Williams, Legal Assistant
    CARNEY BADLEY SPELLMAN, P.S.
    701 Fifth Avenue, Suite 3600
5   Seattle, WA  98104
    Phone:      (206) 622-8020
6   Facsimile:  (206) 467-8215
    williams@carneylaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

AGREED MOTION AND ORDER
EXTENDING DUE DATE FOR
ANSWER OR OTHER RESPONSES TO
COMPLAINT OF MARYATT – 6

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

SAO001 0032 ha118004 1/20/06